

FILED
DISTRICT COURT OF GUAM

AUG 12 2005 

MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 01-00032-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TERMINATE TERM** |
| vs. | ) | **OF SUPERVISED RELEASE** |
| | ) | |
| KUK HUI DUNFEE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 15, 2002, Kuk Hui Dunfee was sentenced in the District Court of Guam to 18 months with credit for time served followed by a supervised release term of 36 months for the offense, Illegal Re-Entry of Deported Alien, in violation of 8 U.S.C. § 1326(a) and (b)(2). On July 12, 2002, Ms. Dunfee was released from the custody of the Federal Bureau of Prisons to the custody of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement pursuant to a detainer.

On August 2, 2002, Ms. Dunfee was deported to Korea by the Bureau of Immigration and Customs Enforcement, and has remained outside the United States since. Ms. Dunfee's term of supervised release expired on July 11, 2005. Therefore, it is recommended that he be discharged from supervised release and the proceedings in this case be terminated.

FOR: _Judy Anne L. Ocampo_
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

**ORIGINAL**