FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KUK HUI DUNFEE, Defendant. | USDC Cr. Cs. No. 01-00032-001 **ORDER** |

IT IS SO ORDERED this 12th day of August 2005, that Kuk Hui Dunfee be discharged from supervised release and that the proceeding in the case be terminated.

8/12/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED
AUG 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM